UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FULLERTON, a municipal corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation, *et al.*,<br><br>Defendants. | CASE NO. **SACV 13-00926 CJC (RNBx)**<br><br>**JUDGMENT** |

This Court granted defendants The Insurance Company of the State of Pennsylvania and Lexington Insurance Company's motion for summary judgment on July 30, 2014. For the reasons set forth in the Court's July 30, 2014 order granting defendants' motion for summary judgment and denying plaintiffs' motion for partial summary judgment, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs take nothing on their causes of action against defendants, that the action be dismissed with prejudice, and that defendants recover their costs of suit incurred herein.

Dated: August 14, 2014

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

53727

- 1 -

**JUDGMENT**